7jgmthhd (1/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

**In Re:** Richard Thomas Gregg
**Debtor**

*Bankruptcy Case No.*
13–60394–abf7

**United States Trustee**
   Plaintiff(s)

*Adversary Case No.*
13–06060–abf

v.

**Richard Thomas Gregg**
   Defendant(s)

## JUDGMENT

   This proceeding having come on for trial or hearing before the court, the Honorable Arthur B. Federman , United States Bankruptcy Judge, presiding, and the issues having been duly tried or heard and a decision having been rendered.

***IT IS ORDERED AND ADJUDGED***: the Clerk of the Court is ORDERED to enter Judgment in favor of Plaintiffs, and against Debtor–Defendant Richard Thomas Gregg, on Counts Six through Sixteen of the United States Trustees Amended
Complaint and Counts Six through Sixteen of Regions Bank, N.A.s Complaint. Debtor Richard Thomas Greggs discharge is DENIED pursuant to 11 U.S.C. §727(a)(2), (4), (5), and (6).

   The foregoing Memorandum Opinion constitutes Findings of Fact and Conclusions of Law as required by Rule 7052, Rules of Bankruptcy.

Ann Thompson
Court Executive

By: /s/ Dawn Meador
   Deputy Clerk

Date of issuance: 5/15/14

Court to serve